Generated: May 5, 2023 4:37PM



# U.S. District Court

## Texas Western - El Paso

Receipt Date: May 5, 2023 4:37PM

YAZMIN GONZALEZ
14205 CHARLES POLLOCK
EL PASO, TX 79938

Rcpt. No: 1248 Trans. Date: May 5, 2023 4:37PM Cashier ID: #JG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #28542865803 | 05/5/2023 | $402.00 |
| | | | Total Due Prior to Payment: | $402.00 |
| | | | Total Tendered: | $402.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: CIVIL FILING FEE EP:23CV187KC GONZALEZ V CONSUMER LEGAL GROUP P.C.

Clerk, U.S. District Court - El Paso Division - 525 Magoffin Avenue, Suite 105, El Paso, TX 79901 - (915) 534-6725 - www.txwd.uscourts.gov