# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| YAZMIN GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-187-KC |
| | § | |
| CONSUMER LEGAL GROUP, P.C., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the above-captioned case. Plaintiff filed her Complaint, ECF No. 1, on May 5, 2023. And Plaintiff appears to have properly served Defendant on June 5, 2023. Summons Returned Executed, ECF No. 3. Accordingly, Defendant's answer was due on June 26, 2023. Fed. R. Civ. P. 12(a)(1)(A). That deadline has long passed. Plaintiff moved for entry of default, and the Clerk entered default against Defendant on July 28, 2023. Entry of Default, ECF No. 10; Fed. R. Civ. P. 55(a). But Plaintiff has not moved for entry of a default judgment.

Accordingly, the Court **ORDERS** Plaintiff to move for entry of a default judgment **on or before September 11, 2023**, if she intends to seek default judgment.

**IT IS FURTHER ORDERED** that, if Plaintiff does not intend to seek default judgment, she shall file a status report **on or before September 11, 2023**, informing the Court of the status of the litigation and how she intends to proceed.

**SO ORDERED.**

**SIGNED this 28th day of August, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE